In the Matter of the Application of THE CITY OF NEW YORK to Acquire Title to Property for Widening Clinton Avenue, in the Borough of Brooklyn.

HORACE F. HUTCHINSON, Appellant; THE CITY OF NEW YORK et al., Respondents.

*Matter of the City of New York (Clinton Ave.)*, 106 App. Div. 31, affirmed.

(Argued June 4, 1906; decided June 19, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 9, 1905, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceeding.

*William C. Beecher* and *Richard B. Kelly* for appellant.

*J. Hampden Dougherty, Alvin R. Johnson, Jesse Johnson* and *John P. Dunn* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.